JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CALIFORNIA RIVER WATCH, an IRC §501(c)(3), non-profit public benefit Corporation and LODGING ENTERPRISES, LLC,

      Plaintiffs,

      v.

DAGGETT COMMUNITY SERVICES DISTRICT,

      Defendant.

Case No. 5:24-cv-00727-AB-DTB

**[~~PROPOSED~~] ORDER FOR DISMISSAL AFTER STIPULATION FOR DISMISSAL**

Fed R. Civ. Pro., Rule 41(a)(ii)

Based upon the *Stipulation for Dismissal by All Parties* [Doc. 63] filed herein April 10, 2026, this action is hereby **DISMISSED** in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(ii) with each party bearing their own attorneys' fees, costs, liens, and other repayment obligations.

      **IT IS SO ORDERED**.

Dated: April 17, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE